```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )
                                ) CR. NO. 2:12-cr-0352 MCE
12            Plaintiff,        )
                                ) MOTION AND [PROPOSED]
13       v.                     ) ORDER TO UNSEAL INDICTMENT
                                )
14  VINCENT THAKUR SINGH,       )
                                )
15                              )
              Defendant.        )
16  _____)
17       TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE
18  JUDGE:
19       COMES NOW MATTHEW D. SEGAL, Assistant United States Attorney
20  for the Eastern District of California, to petition this Court
21  and respectfully represent:
22       1.  On October 4, 2012, the Honorable Gregory G. Hollows
23  issued an order sealing the Indictment in the above-referenced
24  case until the arrest of the defendant or further order of the
25  Court.
26       2.  Last night, October 15, 2012, police officers in
27  Caldwell, Idaho arrested the defendant.
28  ///
```

It is now necessary to unseal the indictment so the defendant may be fully apprised of the charges against him.

    THEREFORE, your petitioner prays that the aforesaid Indictment and the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

DATED: October 16, 2012                    BENJAMIN B. WAGER
                                                  United States Attorney

                                            By: /s/ Matthew D. Sega
                                                MATTHEW D. SEGAL
                                                Assistant U.S. Attorney

    The government's request to unseal the Indictment, the Petition to Seal the Indictment, and the Order sealing the Indictment is GRANTED.

**SO ORDERED.**

DATED: October 16, 2012              _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE