DAVID M. DUDLEY, ESQ. (SBN No. 118629)
3415 South Sepulveda Blvd., Suite 320
Los Angeles, CA 90034
Tel.: (310) 772-8400
Fax.: (310) 772-8404

Attorney for Defendant Vincent Singh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VINCENT SINGH,<br><br>    Defendant. | Case No. CR-S-12-352-MCE<br><br>JOINT STIPULATION TO CONTINUE STATUS CONFERENCE FROM APRIL 11, 2013 AT 9:00 A.M. TO MAY 16, 2013 AT 9:00 A.M. |

    IT IS HEREBY STIPULATED AND AGREED between Vincent Singh, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Matthew Segal, that the status conference presently set for April 11, 2013 at 9:00 a.m. should be continued to May 16, 2013 at 9:00 a.m. The reason for the continuance is that the defense counsel, whose entry of appearance was approved just seven weeks ago, is still engaged in reviewing 20,000 pages of discovery and pursuing his own investigation on his client's behalf.

    Accordingly, the time between April 11, 2013 and May, 2013 should be excluded from the Speedy Trial calculations pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv)

and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Segal has authorized Mr. Dudley to sign this pleading for him.

DATED: April 8, 2013                                  /s/Matthew Segal
                                                               AUSA Matthew Segal
                                                               Attorney for Plaintiff United States

DATED: April 8, 2013                                  /s/ David M. Dudley
                                                               DAVID M. DUDLEY, Esq.
                                                               Attorney for Defendant Vincent Singh

       IT IS SO ORDERED.

DATED: April 12, 2013

                                                         _____
                                                         MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                         UNITED STATES DISTRICT JUDGE